

NEW YORK · VANCOUVER · CALGARY · EDMONTON · REGINA · WINNIPEG · TORONTO · MONTREAL

VIA CM/ECF

July 13th, 2016

Hon. Mae A. Agostino
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

    Re:   **United States v. Oniel McKenzie**
             **14 Cr. 169 (MAD)**

Dear Judge D'Agostino:

Mr. McKenzie has asked me to inquire of the Court as to why Danielle Neroni, Esq. did not file a consent to change attorneys form at the time she filed her notice of appearance. He has also asked me to inquire of the Court as to why the docket sheet (on CM/ECF) does not have an entry terminating Gary Greenwald, Esq. as his counsel.

We thank the Court for its time and attention to this matter.

Respectfully,

Merchant Law Group LLP

By: _____
      Daniel DeMaria

cc:    AUSA Daniel Hanlon

---

*New York • 535 Fifth Avenue, Fl. 25 • New York, NY • 10017 • Tel: (212) 658-1710 • Fax: (212) 658-1711*